# United States Court of Appeals
## For the First Circuit

---

No. 21-1591

UNITED STATES OF AMERICA,

Appellee,

v.

CHRISTOPHER RAICHE,

Defendant, Appellant.

---

The opinion of this Court, issued on October 6, 2022, is amended as follows:

On page 17, line 4, replace "etcetera" with "et cetera".